In the Matter of the Estate of FRED A. DITTRICH, Deceased.

BENJAMIN H. DITTRICH, as Executor of FRED A. DITTRICH, Deceased, Appellant; CLARA B. KETCHUM, Individually and as Administratrix of the Estate of M. HELENA DITTRICH, Deceased, Respondent.

(Argued March 17, 1932; decided March 31, 1932.)

*Prescott D. Perkins* for appellant.

*Harry A. Yetter* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.